AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC PM 4:49
RECEIVED AUG 1 '24

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-cr-00113 |
| Elmer Bonilla | ) Assigned to: Judge Contreras, Rudolph |
| | ) Assign Date: 8/1/2024 |
| | ) Description: SUPERSEDING INDICTMENT (B) |
| | ) Related Case No: 24-cr-113 (RC) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Elmer Bonilla

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☒ Superseding Indictment (SM)   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 371, 2119 (Conspiracy to Commit Carjacking)
18 U.S.C. § 2119 (Carjacking)
18 U.S.C. § 924(c)(1)(A)(ii) (Using, Carrying, Possessing, and Brandishing a Firearm in Furtherance of a Crime of Violence or Drug Trafficking Offense)
18 U.S.C. § 2 (Aiding and Abetting)

Date: 08/01/2024

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 08/08/24, and the person was arrested on *(date)* 08/08/24
at *(city and state)* Washington, DC

Date: 08/08/24

Christer Berringer, Special Agent
*Arresting officer's signature*

Christian Barringer, Special Agent
*Printed name and title*